RECEIVED JAN 09 2026 BY MAIL

Federal courts of the Eastern District of Missouri
St. Louis Division

David Ciletti,
    Plaintiff

    -against-                                 Index No. —

Keefe group
Bureau of prisons
Federal medicial center Devens
B. Cinnuta
D. English
S. Gondaluz
    Detendant                                 Complaint

This plaintiff acting prose se as for a verified complaint herein respectfully alleges as follow:

1. The plaintiff is forcepl~~o to stay at federal~~ complaint ~~the centers of~~ under a False charge at P.O. Box 879 ayer, Ma 01432

2. The detendants Federal medical center Devens, B. Cinnuta, D. English and S. Gonnaluz Is Located at P.O. Box 879 ayer, Ma 01432

3. The detendant keefe group Is located at 10880 Lin Place, Saint Louis Mo. 63132.

4. The detendant Bureau of prisons Is Located at 400 First Street, N.W. 7th Floor, Washington D.C. 20504

5. This complaint Is In regards to a Tv show that was purchase from the score of Tablet device. The name of the Tv show Is called psych. It was the fourteen pisode of the First season. It was called Poker? 2 Barley know her

6. The description states: Henry's Frend goes missing after refusing to

report a theft, leaving Henry little choice but to ask the psych agency for help.

7. The rating is PG-13
8. The Duration was Forty-three minutes.
9. One actor was Dul? JLL
10. One actor was James Roday
11. It was made in 2006
12. The defendant's policy are a bit restricted. First one TV show could be rented. Second it could be viewed for only two days. Third a timer is on which is only one hour and four minutes could be watched.
13. The plaintiff had twenty-two minutes in which did not see and such had breached a contract since the plaintiff had a right to such matters.
14. The description was also misleading in which did not have the such storyline which made false advertising.
15. The purchase date was May 18, 2025.
16. On March 27, 2025 B. Cinnata, D. English and S. Gondalaz had a meeting with the plaintiff in which was about filing grievances. With that the plaintiff was threaten if continue to do such would be transfer to a more dangerous facility, where could be stabbed, which can't yell for help because of a paralyzed vocal cord or limited on the grievances filed.
17. Since then the plaintiff has been limited on the grievances and had been put into special housing unit on a false ticket for fifty-eight days where had been assaulted to where wrist were bleeding and had cough up blood were medical didn't care.
18. The episode had nothing to do with Henry going to ask the psych agency for help in which by such was misleading into purchasing the episode.

As for a first cause of action
Breach of contract

19. Since purchasing the TV show had created an agreement In which by having misleading description had violated and breach such contract

### As For a Second cause of action
### Breach of Duty care

20. The defendants had a duty not to mislead a customer Into purchasing a TV show on Incorrect Information, as such had Breach a Duty of care.

### As For a Third cause of action
### Abuse of process

21. The plaintiff Because of the threats made and the damages done Is unable to do the administrive remedies In which such Be claim by the defendants under Title 42 United States code 1497(e).

### As For a Fourth cause of action
### Musschuetts General Law 211-1
### Civil rights tort

22. By the threats made by the defendants B. Cinnuta and D. English, had put the plaintiff In a great deal of Fear that had obstructed the plaintiff First amendment of Free speech, fifth amendment due process and First amendment access to the courts

### As For a Fifth cause of action
### Musschuetts General Law 93A
### deceptive acts

23. The plaintiff had expected to see a three pages to his son that

is the owner of the psych agency and Bey for the assistance in which was not as such.

Wherefore the plaintiff demands Judgment as follow:

1. On the First cause of action, Damages in the sum of $15,000 for Breach of contract.
2. On the Second cause of action, Damages in the sum of $75,000 for Breach of Duty of care.
3. On the third cause of action, Damages in the sum of $40,000 for abuse of process.
4. On the Fourth cause of action, damages in the sum of $60,000 for violation of Massachusetts General Law 12N-1.
5. On the Fifth cause of action, damages in the sum of $15,000 for violation of Massachusetts General Law 93A.
6. For all other, such, just, equaitable the courts may see fit and proper.

The plaintiff states all facts to be true and accuray under the penalty of perjury of perjury from the best of knowledge.

Thank you,

Under pentaly of perjury,

David C. Letten