# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAVID LETTIERI, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:26-cv-00034-JMB |
| KEEFE GROUP, et al., | ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER OF TRANSFER

This matter is before the Court on Plaintiff David Lettieri's motion to proceed in forma pauperis. The motion will be provisionally granted. Additionally, the Court will transfer this case to the United States District Court for the District of Massachusetts.

Plaintiff brings this action under 42 U.S.C. § 1983 and Massachusetts common law. He is currently incarcerated at the Federal Medical Center in Ayer, Massachusetts. He brings this action against Keefe Group, a commissary management provider for jails and prisons; the Bureau of Prisons; the Federal Medical Center Devens; B. Cinnutu; and S. Gondalez. Defendant Keefe Group appears to be the commissary provider at the Federal Medical Center, and the events Plaintiff complains of occurred in the District of Massachusetts.

Under 28 U.S.C. § 1391(b), a civil action may only be brought in: (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this section,

any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

Because the Defendants are located in the District of Massachusetts, and because the events that gave rise to this case occurred in the District of Massachusetts, venue is proper there. Furthermore, under 28 U.S.C. § 1406(a), the district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.  Because Plaintiff is proceeding pro se, the Court finds that it is in the interest of justice to transfer this case to the United States District Court for the District of Massachusetts.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed in forma pauperis is **provisionally granted**, subject to modification by the United States District Court for the District of Massachusetts.  [Doc. 2]

**IT IS FURTHER ORDERED** that the Clerk shall transfer this case to the United States District Court for the District of Massachusetts.   *See* 28 U.S.C. § 1406(a).

Dated this 13th day of  January, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE