## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

DAVID C. LETTIERI,                          )
                                            )
           Plaintiff,                       )
                                            )
    v.                                      )        No. 4:26-cv-00034-JMB
                                            )
KEEFE GROUP, et al.,                        )
                                            )
           Defendants.                      )

## **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on self-represented Plaintiff David C. Lettieri's post-transfer letter titled "vacate order." Doc. 4. His letter seeks to vacate the Court's transfer order because he states that under Defendant Keefe Group's "terms and conditions," this Defendant can only be sued in the Eastern District of Missouri.

Plaintiff, currently housed at the Devens Federal Medical Center in Ayer, Massachusetts, filed this case against Defendants alleging fraud in that a television show he bought to watch on his tablet was too short and had a misleading description. He seeks $205,000 in damages. On January 13, 2026, the Court transferred this action to the United States District Court for the District of Massachusetts because the Defendants are located there and the events giving rise to the case occurred there. *See* Doc. 3.

Although Defendant Keefe Group, one of five named Defendants, might have entered into some agreement with Plaintiff that included a forum selection clause (*i.e.*, Plaintiff's "terms and conditions"), that issue was not raised in the complaint and is not before the Court.   If Plaintiff's complaint survives initial review, Defendant Keefe Group may seek to raise that issue in the District of Massachusetts. But, venue is not proper in this district and the case has already been transferred to the correct venue.  *See* Doc. 3.  For these reasons, Plaintiff's motion to "vacate [transfer] order" is denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's letter titled "vacate order," which the Court construes as a motion to set aside the transfer order is **DENIED**. [Doc. 4]

Dated this  14th day of July, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

-2-